RAMSAY'S, INC., DBA RAMSAY'S GIFT SHOP AND 7-11 FASHIONS, APPELLANT, v. NATIONAL CASH REG-- ISTER COMPANY, A CORPORATION, RESPONDENT.

No. 7249

March 26, 1974                                    520 P.2d 237

[Rehearing denied April 19, 1974]

*Foley Brothers,* of Las Vegas, for Appellant.

*J. Forest Cahlan,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This action by National Cash Register Company against Ramsay's, Inc., was brought to recover money remaining due

upon contracts for the installment purchase of cash registers. The district court denied Ramsay's contention that the goods were neither merchantable nor fit for the purpose intended, and entered judgment for National Cash Register. That contention tendered fact issues which the court resolved against Ramsay. Since substantial evidence supports that determination we must affirm.

Affirmed.